IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NEONZA C. DAWSON<br>*Plaintiff* | : | CIVIL ACTION |
| | : | |
| | : | NO. 13-5413 |
| v. | : | |
| | : | |
| COUNTY OF DELAWARE, *et al.*<br>*Defendants* | : | |

# ORDER

**AND NOW,** this 22nd day of May 2014, upon consideration of the *motion to dismiss Plaintiff's complaint* filed by Defendants Joseph F. McGinn and the County of Delaware pursuant to Federal Rule of Civil Procedure 12(b)(6) [ECF 5], Plaintiff's response in opposition thereto [ECF 6], and the allegations contained in the complaint [ECF 1], and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that the motion to dismiss is **GRANTED**, Defendant Joseph F. McGinn is dismissed by agreement, and Count II only of the complaint is dismissed.

Plaintiff shall have twenty (20) days from the date of this Order to file an amended complaint.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
NITZA I. QUIÑONES ALEJANDRO, J.